HARVEY FISK, JR., et al. v. SHATTUCK DENN MINING CORPORATION et al.— Motion for leave to appeal to this court from the order of the Supreme Court, New York County, entered on September 19, 1967, granted and defendants' time to answer the complaint is extended until 10 days after the determination of the appeal, provided the appeal is perfected for the January 1968 Term of this court. McNally, J.

(October 26, 1967)

In the Matter of LEE FELTMAN, Petitioner, v. DARWIN W. TELESFORD, as Supreme Court Justice of New York County, et al., Respondents.

Concur — Eager, J. P., Capozzoli, Tilzer, McNally and McGivern, JJ.